01
02
03
04
05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  ETHEL FLORENCE CRAVENS,           )
                                      )   CASE NO. C13-0659-RAJ-MAT
09         Plaintiff,                 )
                                      )
10         v.                         )
                                      )   REPORT AND RECOMMENDATION
11  CAROLYN W. COLVIN, Acting         )
    Commissioner of Social Security,  )
12                                    )
           Defendant.                 )
13  _____ )

14         Plaintiff brought this action to seek judicial review of the denial of her application for

15  disability benefits by the Commissioner of the Social Security Administration.  The parties

16  now stipulate that this case should be reversed and remanded for further proceedings, including

17  a de novo hearing, a new decision, and the actions outlined below.  (Dkt. 25.)

18         Based on the stipulation of the parties, the Court recommends this case be REVERSED

19  and REMANDED for further administrative proceedings pursuant to sentence four of 42

20  U.S.C. § 405(g).  On remand, the ALJ shall:  (1) re-evaluate the evidence at step one and

21  determine whether plaintiff engaged in substantial gainful activity during the period at issue;

22  (2) re-evaluate plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. §§

REPORT AND RECOMMENDATION
PAGE -1

404.1520(a), 416.920a; (3) reconsider plaintiff's residual functional capacity (RFC) and, in so doing, further evaluate the opinion evidence of record; (4) re-evaluate plaintiff's obesity pursuant to Social Security Ruling (SSR) 02-1p; (5) further evaluate plaintiff's credibility pursuant to SSR 96-7p; (6) re-evaluate the evidence at step four and, in so doing, compare the physical and mental demands of plaintiff's past relevant work with her maximum RFC; (7) if necessary, proceed to step five and obtain supplemental vocational testimony to determine whether there are a significant number of jobs in the national economy plaintiff can perform; and (8) if plaintiff is found disabled, determine whether drug abuse and/or alcoholism is material to the finding of disability pursuant to 20 C.F.R. §§ 404.1535, 416.935, and SSR 13-2p.  The parties further agree that plaintiff may present new arguments and evidence, and the ALJ may perform further record development and conduct further proceedings as necessary.  Also, upon proper presentation, the Court will consider plaintiff's application for attorney's fees and expenses under 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this 27th day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge