UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETHEL FLORENCE CRAVENS, | ) |
| | ) CASE NO. C13-0659-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. The court ADOPTS the Report and Recommendation (Dkt. # 26) of the Honorable Mary Alice Theiler, United States Magistrate Judge, that the court grant the motion. The court accordingly REVERSES and REMANDS this matter for further administrative proceedings in accordance with the parties' stipulation, pursuant to sentence four of 42 U.S.C. § 405(g). The clerk shall close this case and enter judgment for Plaintiff.

DATED this 29th day of August, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1